

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Betty Lou Ingram, Deceased

No. 06-14-00046-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2012-9358-CCL). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, David J. Ingram and James B. Ingram, pay all costs of this appeal.

RENDERED JUNE 11, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk